Matthew F. Holmberg
Attorney at Law: 321167
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-8868
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
TONIE M. PUGH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONIE M. PUGH | Case No.: 2:22-cv-01674-AC |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Tonie M. Pugh and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 7 days from February 10, 2023 to February 17, 2023 for Plaintiff to file a motion for summary judgment, with all other dates in the Court's Scheduling Order extended accordingly.

///

///

///

This is Plaintiff's first request for an extension. Plaintiff's counsel requests additional time due to losing about half a day of work on February 2, 2023, and almost a full day of work on February 3, 2023, due to unexpected technological problems working remote and accessing consistent internet. Counsel is working from his office until the technological problems are resolved. While counsel only lost about a day and half of work, counsel requests a seven-day extension due to having another motion for summary judgment due on February 10, 2023, two administrative hearings on remand this week to prepare for and participate in, and two district court replies due the following week. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: February 6, 2023     Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Matthew F. Holmberg*
BY: _____
Matthew F. Holmberg
Attorney for plaintiff Ms. Tonie M. Pugh


DATE:  February 6, 2023

PHILLIP TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration


/s/ *Geralyn A. Gulseth*
BY: _____
Geralyn A. Gulseth
Special Assistant United States Attorney
Attorneys for defendant Kilolo Kijakazi,
Acting Commissioner of Social Security
|*authorized by e-mail|

1    IT IS SO ORDERED:
2  DATED: February 7, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE