PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
GERALYN GULSETH
Special Assistant United States Attorney
      6401 Security Blvd.
      Baltimore, Maryland
      Telephone: (510) 970-4819
      Facsimile: (415) 744-0134
      E-Mail: Geralyn.Gulseth@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| TONIE PUGH, | Case No.: 2: 22-CV-01674-AC |
|     Plaintiff, | STIPULATION FOR EXTENSION OF BRIEFING SCHEDULE |
| vs. | |
| KILOLO KIJAKAZI, Commissioner of Social Security, | |
|     Defendant. | |

    With the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have until May 3, 2023 in which to file her response to Plaintiff's motion for summary judgment.

    Defendant respectfully requests this additional time so that she has sufficient time to review and consider Plaintiff's arguments and prepare a response. Defendant's counsel has several Central District of California cases assigned to her that have upcoming due dates.

Respectfully submitted,

Dated:  April  1, 2023    By:  /s/  *Geralyn Gulseth for Matthew Holmberg**
MATTHEW HOLMBERG
Attorney for Plaintiff
(*signature authorized via e-mail April 1, 2023)

Dated: March 31, 2023    PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration

By:  /s/  *Geralyn Gulseth*
GERALYN GULSETH
Special Assistant U.S. Attorney

Attorneys for Defendant

### [~~PROPOSED~~] ORDER

Pursuant to the parties' Stipulation, and for good cause shown, IT IS ORDERED that the Defendant shall have until May 3, 2023 in which to file her response to Plaintiff's motion for summary judgment.

Dated: April 10, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE