PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
GERALYN GULSETH
Special Assistant United States Attorney
      6401 Security Blvd.
      Baltimore, Maryland
      Telephone: (510) 970-4819
      Facsimile: (415) 744-0134
      E-Mail: Geralyn.Gulseth@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| TONIE PUGH,<br><br>        Plaintiff,<br><br>    vs.<br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 2:22-cv-01674-AC<br><br>STIPULATION FOR EXTENSION OF DEFENDANT'S BRIEF DUE DATE [SECOND REQUEST] |

With the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the  Defendant be granted a second extension to June 2, 2023 in which to file her response to Plaintiff's motion for summary judgment.

Defendant respectfully requests this extension so that her counsel can further consider and research the issues Plaintiff raised in her motion, to determine her position and appropriate response.

Defendant makes this request in good faith and not to unnecessarily delay the proceedings.

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

Dated:  May 2, 2023                    /s/  Geralyn Gulseth for Matthew Holmberg
                                       MATTHEW HOLMBERG
                                       Attorney for Plaintiff
                                       (*signature authorized via e-mail May 2, 2023)


Dated: May 2, 2023                     PHILLIP A. TALBERT
                                       United States Attorney
                                       MATHEW W. PILE
                                       Associate General Counsel
                                       Office of Program Litigation, Office 7
                                       Social Security Administration

                               By:     /s/  Geralyn Gulseth
                                       GERALYN GULSETH
                                       Special Assistant U.S. Attorney

                                       Attorneys for Defendant


### [~~PROPOSED~~] ORDER


Pursuant to the parties' Stipulation, and for good cause shown, IT IS ORDERED that the briefing schedule be extended.  Defendant shall have an extension until June 2, 2023 in which to file her cross-motion for summary judgment and response to Plaintiff's motion for summary judgment.  Any other due dates will be extended accordingly.


Dated: May 3, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE