PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
GERALYN GULSETH, CSBN 160872
Special Assistant United States Attorney
  Social Security Administration
  6401 Security Blvd.
  Baltimore, Maryland 21235
  Telephone:  (510) 970-4819
  Facsimile:  (415) 744-0134
  E-Mail: Geralyn.Gulseth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONIE PUGH,<br><br>   Plaintiff,<br><br>  vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>   Defendant. | Case No. 2:22-cv-01674-AC<br><br>STIPULATION & [PROPOSED] ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

Stipulation; [Proposed] Remand Order
2:22-cv-01674-AC

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will further develop the record as necessary, obtain supplemental vocational evidence, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

LAW OFFICES OF LAWRENCE ROHLFING

Dated: May 31, 2023

By: /s/ *Geralyn Gulseth for Matthew Holmberg
MATTHEW HOLMBERG
Attorney for Plaintiff
[*As authorized by e-mail on May 31, 2023]

Dated: June 2, 2023

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel

By: /s/ Geralyn Gulseth
GERALYN GULSETH
Special Assistant United States Attorney

Attorneys for Defendant

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: June 1, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stipulation; [Proposed] Remand Order
2:22-cv-01674-AC