1  Matthew F. Holmberg
   Attorney at Law: 321167
2  Law Offices of Lawrence D. Rohlfing, Inc., CPC
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Tonie M. Pugh

7

8                 **UNITED STATES DISTRICT COURT**

9                 **EASTERN DISTRICT OF CALIFORNIA**

10

11  TONIE M. PUGH,                          )  Case No.:  2:22-cv-01674-AC
                                            )
12              Plaintiff,                   )  STIPULATION AND ~~PROPOSED~~
                                            )  ORDER FOR THE AWARD AND
13       vs.                                 )  PAYMENT OF ATTORNEY FEES
                                            )  AND EXPENSES PURSUANT TO
14  KILOLO KIJAKAZI,                        )  THE EQUAL ACCESS TO JUSTICE
    Acting Commissioner of Social           )  ACT, 28 U.S.C. § 2412(d) AND
15  Security,                               )  COSTS PURSUANT TO 28 U.S.C. §
                                            )  1920
16              Defendant.                   )
                                            )
    _____)
17

18       TO THE HONORABLE ALLISON CLAIRE, MAGISTRATE JUDGE OF

19  THE DISTRICT COURT:

20       IT IS HEREBY STIPULATED, by and between the parties through their

21  undersigned counsel, subject to the approval of the Court, that Tonie M. Pugh be

22  awarded attorney fees and expenses in the amount of two thousand three hundred

23  dollars ($2,300.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. §

24  2412(d), and no costs under 28 U.S.C. § 1920.  This amount represents

25  compensation for all legal services rendered on behalf of Plaintiff by counsel in

26  connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

                                    -1-

1    After the Court issues an order for EAJA fees to Tonie M. Pugh, the

2  government will consider the matter of Tonie M. Pugh's assignment of EAJA fees

3  to Matthew F. Holmberg.  The retainer agreement containing the assignment is

4  attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010),

5  the ability to honor the assignment will depend on whether the fees are subject to

6  any offset allowed under the United States Department of the Treasury's Offset

7  Program.  After the order for EAJA fees is entered, the government will determine

8  whether they are subject to any offset.

9    Fees shall be made payable to Tonie M. Pugh, but if the Department of the

10  Treasury determines that Tonie M. Pugh does not owe a federal debt, then the

11  government shall cause the payment of fees, expenses and costs to be made

12  directly to Law Offices of Lawrence D. Rohlfing, Inc., CPC, pursuant to the

13  assignment executed by Tonie M. Pugh.[1]  Any payments made shall be delivered to

14  Matthew F. Holmberg.

15    This stipulation constitutes a compromise settlement of Tonie M. Pugh's

16  request for EAJA attorney fees, and does not constitute an admission of liability on

17  the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount

18  shall constitute a complete release from, and bar to, any and all claims that Tonie

19  M. Pugh and/or Matthew F. Holmberg including Law Offices of Lawrence D.

20  Rohlfing, Inc., CPC may have relating to EAJA attorney fees in connection with

21  this action.

22    This award is without prejudice to the rights of Matthew F. Holmberg and/or

23  the Law Offices of Lawrence D. Rohlfing, Inc., CPC to seek Social Security Act

24

25  [1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien
under federal law against the recovery of EAJA fees that survives the Treasury
26  Offset Program.

-2-

attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: July 12, 2023          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/  *Matthew F. Holmberg*

BY: _____
Matthew F. Holmberg
Attorney for plaintiff Tonie M. Pugh


DATED: July 12, 2023          PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration


/s/ *Geralyn A. Gulseth*

_____
GERALYN A. GULSETH
Special Assistant United States Attorney
Attorneys for Defendant
KILOLO KIJAKAZI, Acting Commissioner of
Social Security (Per e-mail authorization)



**ORDER**

Approved and so ordered:

DATE: November 29, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE